**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  13-MJ-00130-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1.  EDWARD H. PRETZER,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      Defense counsel contacted the Magistrate Judge and advised that he has a conflict with a trial in state court and requested this matter be rescheduled for Sentencing on another date, therefore:

      **IT IS HEREBY ORDERED** that the Sentencing scheduled for February 4, 2014 at 3:00 p.m. is **VACATED and RE-SCHEDULED for February 6, 2014 at 1:30 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: January 30, 2014.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**